GLENN R. KANTOR (SBN: 122643)
E-mail: gkantor@kantorlaw.net
NIAMH E. DOHERTY (SBN: 260749)
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
PAUL GUTTENBERG

LINDA BALDWIN JONES (SBN: 178922)
EZEKIEL D. CARDER (SBN: 206537)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

STEVEN K. HOFFMAN, admitted *pro hac vice*
DARIN M. DALMAT, admitted *pro hac vice*
JAMES & HOFFMAN, P.C.
1130 Connecticut Ave., N.W., Suite 950
Washington, DC 20036
Telephone: (202) 496-0500
Facsimile: (202) 496-0555

Attorneys for Defendant,
ALLIED PILOTS ASSOCIATION
DISABILITY INCOME PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUTTENBERG,<br><br>     Plaintiff,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION DISABILTY INCOME PLAN,<br><br>     Defendant. | CASE NO.: CV11-02435 (LB)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>(Complaint filed: 5/18/11) |

1

1  The parties, by and through their respective counsel, hereby stipulate and agree to the
2  following:
3  WHEREAS, pursuant to Local Rule 16-8, the parties requested an Early Settlement
4  Conference with a Magistrate Judge, and filed the Notice of Need for ADR Phone Conference on
5  September 16, 2011;
6  WHEREAS, the Court set an Initial Case Management Conference in this matter for October
7  20, 2011 at 10:30 a.m.;
8  WHEREAS, the parties are hopeful that this matter will resolve at the Early Settlement
9  Conference with a Magistrate Judge, a date for which has not yet been established, as the ADR Unit
10 has not yet notified the parties of the date and time for the phone conference;
11 NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval,
12 that the Case Management Conference in this matter set for Thursday, October 20, 2011, be
13 continued to a date after the Settlement Conference.

14 DATED:  October 5, 2011                              DATED:  October 5, 2011

15 By:    */s/ Glenn R. Kantor*                         By:    */s/ Darin M. Dalmat*
       **Attorneys for Plaintiff**                            **Attorneys for Defendant**
16     Glenn R. Kantor, Esq.                                  Steven Hoffman
17     Niamh E. Doherty                                       Darin M. Dalmat
       Kantor & Kantor, LLP                                   James & Hoffman, P.C.
18     19839 Nordhoff Street                                  1130 Connecticut Ave., N.W. Ste 200
       Northridge, CA  91324                                  Washington, DC 20036
19     Tel:  (818) 885-2525                                   Tel:  (202) 496-0500
       Fax: (818) 350-6272                                    Fax:  (202) 496-0555
20
21
22
23
24
25
26
27
                                            2
28    Stipulation to Continue Case Management Conference (Case No. CV11-02435 (LB))

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

IN ADDITION, THE COURT ORDERS:

Date: October 6, 2011

*[DENIED stamp signed by Judge Laurel Beeler]*

HONORABLE LAURA BEELER
UNITED STATES DISTRICT JUDGE

**The parties' stipulation is DENIED.  However, the court CONTINUES the initial case management to November 3, 2011.  The parties shall file a joint case management conference statement no later than October 27, 2011.  Further, if the parties prefer, they may appear at the October 27, 2011 case management conference by telephone.  To do so, the parties must contact Courtroom Deputy Lashanda Scott ((510) 637-3525) no later than October 27, 2011 to make the necessary arrangements.**