GLENN R. KANTOR (SBN: 122643)
E-mail: gkantor@kantorlaw.net
NIAMH E. DOHERTY (SBN: 260749)
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
PAUL GUTTENBERG

LINDA BALDWIN JONES (SBN: 178922)
EZEKIEL D. CARDER (SBN: 206537)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

STEVEN K. HOFFMAN, admitted *pro hac vice*
DARIN M. DALMAT, admitted *pro hac vice*
JAMES & HOFFMAN, P.C.
1130 Connecticut Ave., N.W., Suite 950
Washington, DC 20036
Telephone: (202) 496-0500
Facsimile: (202) 496-0555

Attorneys for Defendant,
ALLIED PILOTS ASSOCIATION
DISABILITY INCOME PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUTTENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION DISABILTY INCOME PLAN,<br><br>    Defendant. | CASE NO.: CV11-02435 (LB)<br><br>  AMENDED<br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>(Complaint filed:  5/18/11) |

1
Stipulation to Continue Case Management Conference (Case No. CV11-02435 (LB))

1  The parties, by and through their respective counsel, hereby stipulate and agree to the
2  following:
3  WHEREAS, pursuant to Local Rule 16-8, the parties requested an Early Settlement
4  Conference with a Magistrate Judge, and filed the Notice of Need for ADR Phone Conference on
5  September 16, 2011;
6  WHEREAS, the Court set an Initial Case Management Conference in this matter for October
7  20, 2011 at 10:30 a.m.;
8  WHEREAS, the parties are hopeful that this matter will resolve at the Early Settlement
9  Conference with a Magistrate Judge, a date for which has not yet been established, as the ADR Unit
10 has not yet notified the parties of the date and time for the phone conference;
11 NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval,
12 that the Case Management Conference in this matter set for Thursday, October 20, 2011, be
13 continued to a date after the Settlement Conference.

14 DATED:  October 5, 2011                          DATED:  October 5, 2011

15 By:    */s/ Glenn R. Kantor*              By:    */s/ Darin M. Dalmat*
       **Attorneys for Plaintiff**                 **Attorneys for Defendant**
       Glenn R. Kantor, Esq.                      Steven Hoffman
       Niamh E. Doherty                           Darin M. Dalmat
       Kantor & Kantor, LLP                       James & Hoffman, P.C.
       19839 Nordhoff Street                      1130 Connecticut Ave., N.W. Ste 200
       Northridge, CA  91324                      Washington, DC 20036
       Tel:  (818) 885-2525                       Tel:  (202) 496-0500
       Fax: (818) 350-6272                        Fax:  (202) 496-0555

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

IN ADDITION, THE COURT ORDERS:

Case Management Conference reset to November 3, 2011 at 10:30 a.m. See Below:

Date: October 11, 2011

HONORABLE LAURA BEELER
UNITED STATES DISTRICT JUDGE

*DENIED — Judge Laurel Beeler*

The parties stipulation is DENIED. However, the court CONTINUES the initial Case Management Conference to November 3, 2011. The parties shall file an updated joint case management conference statement no later than October 27, 2011. Further, if the parties prefer, they may appear at the November 3, 2011 at 10:30 a.m. case management conference by telephone. To do so, the parties must contact courtroom deputy, Lashanda Scott at (510) 637-3525 no later than October 27, 2011 to make the necessary arrangements.